## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **1. BLUE MARK STARR, an individual,** ) | |
| ) | |
| **Plaintiff,** ) | |
| **vs.** ) | **Case No. 17-CV-00189-CVE-TLW** |
| ) | |
| **1. CITY OF PAHWUSKA,** ) | |
| **a public entity,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff, Blue Mark Starr, by and through his counsel of record, Charles C. Vaught of *Armstrong & Vaught, P.L.C.*, and Defendant, City of Pawhuska, by and through its counsel of record, Thomas LeBlanc and Ryan McDonald of *Best & Sharp*, hereby stipulate to a dismissal of all of Plaintiff's claims and causes of action in the above styled and numbered case with prejudice, each party to bear his or its own attorney's fees and costs.

Dated this 5th day of February, 2018.

Respectfully Submitted,

/s/Charles C. Vaught
Charles C. Vaught, OBA #19962
Armstrong & Vaught
2727 East 21st Street, Suite 505
Tulsa, OK 74114
918.582.2500 – Telephone
918.583.1755 – Facsimile
cvaught@a-vlaw.com
**Attorney for Plaintiff**

/s/ Thomas A. LeBlanc
*(signed by Plaintiff's attorney with permission of Defendant's attorney)*
Thomas A. LeBlanc
Ryan McDonald
Best & Sharp
One West Third Street, Suite 900
Tulsa, OK 74103
(918) 582-1234 – Telephone
(918) 585-9447 – Facsimile
tleblanc@bestsharp.com
rmcdonald@bestsharp.com
**Attorneys for Defendant**